UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE CITY OF BOSTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXPRESS SCRIPTS, INC., *et al.*, <br><br> Defendants. | Case No. 1:24-cv-10525-PBS |

## NOTICE OF CROSS-APPEAL

Please take notice that Defendant OptumRx, Inc. hereby cross-appeals to the United States Court of Appeals for the First Circuit from the Court's October 18, 2024 Electronic Order (ECF No. 94) denying OptumRx, Inc.'s Motion to Disqualify Motley Rice (ECF No. 56).

Respectfully submitted this 14th day of March, 2025.

    */s/ Matthew P. Hooker*
**ALSTON & BIRD LLP**
Brian D. Boone (*pro hac vice*)
Matthew P. Hooker (*pro hac vice*)
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com
matthew.hooker@alston.com

Matthew P. McGuire (*pro hac vice*)
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
(919) 862-2200
matt.mcguire@alston.com

    */s/ Dane R. Voris*

**COOLEY LLP**
Dane R. Voris (BBO# 704263)
500 Boylston St., 14th Floor
Boston, MA 02116
(617) 937-2300
dvoris@cooley.com

*Counsel for OptumRx, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the above document was filed on March 14, 2025 through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 14, 2025

                 */s/ Dane R. Voris*
                 Dane R. Voris